UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 8:08-cr-126-T-17TBM

CHRISTOPHER POWELL,
    a/k/a Pistol Peete,"

    Defendant.

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. § 853(a) and 21 U.S.C. § 853(n)(7), for $85,000.00 United States currency seized from Wachovia Bank Safe Deposit Box #1155.

1. On March 27, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all right, title, and interest of defendant Christopher Powell, in the $85,000.00 United States currency seized from Wachovia Bank Safe Deposit Box #1155. (Doc. 193).

2. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the currency, on the official government website, www.forfeiture.gov, from March 31, 2009 through April 29, 2009. (Doc. 217). The publication gave notice to all third

parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

3. No persons or entities, other than the defendant Christopher Powell, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the $85,000.00 United States currency seized from Wachovia Bank Safe Deposit Box #1155. No third party has filed a petition, and the time for filing such petition has expired.

4. The Court finds that the $85,000.00 United States currency seized from Wachovia Bank Safe Deposit Box #1155 is the property of defendant Christopher Powell.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the $85,000.00 United States currency seized from Wachovia Bank Safe Deposit Box #1155 is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. § 853(a) and 21 U.S.C. § 853(n)(7), for disposition according to law.

Clear title to the currency is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of JUNE, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE